1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FAKHRALZAMAN MAGHSOODLOU, | ) |
|---|---|
| Plaintiff, | ) No. C 07-2737 EMC |
| v. | ) **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION** |
| MICHAEL CHERTOFF, Secretary Homeland Security; EMILIO GONZALES, USCIS Director; DAVID STILL, District Director, DHS, | ) |
| Defendants. | ) |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Date: August 6, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

       /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Consent to Magistrate Jurisdiction
C07-2737 EMC                                                    1

1
2   Date: August 3, 2007                              /s/
                                                     JEFF GRIFFITHS
3                                                    Attorney for Plaintiff
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Consent to Magistrate Jurisdiction
C07-2737 EMC                                    2