1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927

7

8  Attorneys for Defendants

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 FAKHRALZAMAN MAGHSOODLOU,        )
                                    ) No. C 07-2737 EMC
13            Plaintiff,            )
                                    )
14        v.                        ) **STIPULATION TO DISMISS AND**
                                    ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary Homeland )
   Security;  EMILIO GONZALES, USCIS )
16 Director; DAVID STILL, District Director, DHS, )
                                    )
17            Defendants.           )
                                    )

18

19     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

21 action without prejudice in light of the fact that the United States Citizenship and Immigration

22 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

23 adjudicate such application within 30 days of the dismissal of this action.

24     Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stipulation to Dismiss
C07-2737 EMC                                   1

| | | |
|---|---|---|
| 1 | Date: August 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

                                                              /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: August 3, 2007                                /s/
                                                JEFF GRIFFITHS
                                                Attorney for Plaintiff

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                               EDWARD M. CHEN
                                               United States Magistrate Judge