UNITED STATES DISTRICT COURT
Northern District of California

Fakhralzaman MAGHSOODLOU

CASE NO. C 07 2737 EMC

Plaintiff(s),

v.

Michael Chertoff, Sec. DHS
Emilio Gonzales, USCIS Director
David Still, District Director DHS

Defendant(s).

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeff Griffiths, Esq. , an active member in good standing of the bar of Indiana Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

870 Market Street, Suite 340
San Francisco, CA 94102
(415)495-3710

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Fakhralzaman Maghsoodlou

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 8, 2007

IT IS SO ORDERED
Judge Edward M. Chen